Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLALLAM COUNTY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CBS OUTDOOR, INC.,<br>　　　　　　　　Defendant. | No.   C 13-5782 KLS<br><br>ORDER GRANTING REQUEST TO WITHDRAW |

This matter comes before the undersigned based on the Stipulation for Order Permitting Withdrawal of Counsel. Dkt. No. 18. Based on the Stipulation, Mr. Wendt is hereby permitted to withdraw as counsel of record for Plaintiff.

DATED this 4th day of February, 2014.

_____
Karen L. Strombom
United States Magistrate Judge

Order Granting Motion to Withdraw